IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ISSISSIPPI
NORTHERN DIVISION

GLEN ASHTON   #13311-067                                                              PETITIONER

V.                                                                           CASE NO.: 3:19-CV-170 HTW-LGI

WARDEN C. NASH                                                                        RESPONDENT

## ORDER ADOPTING AND SUPPLEMENTING REPORT AND RECOMMENDATION

This matter comes before the court pursuant to the Report and Recommendation of United States Magistrate Judge Lakeysha Greer Issac [doc. no. 15]. No objection or response to the Report and Recommendation has been filed. Therefore, the Report and Recommendation of the United States Magistrate Judge [doc. No. 15] is hereby adopted as the order of this court. Defendant's Petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 is dismissed for lack of exhaustion of administrative remedies.

The records of the Federal Bureau of Prisons as reflected on its website show that Petitioner was released from custody on January 6, 2022. Therefore, his § 2241 petition (which sought additional good time credits) is also moot and the Report and Recommendation of the Magistrate Judge is hereby supplemented to reflect that the this petition is also dismissed as moot.

**SO ORDERED AND ADJUDGED**, this the 8th day of February, 2022.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE